UNITED STATES DISTRICT COURT   JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 12-3315-DMG (FFMx)** | Date | December 4, 2012 |
|---|---|---|---|

| Title | ***Rio America Trading Corp. v. Hollywood Film Company*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS – ORDER STAYING ACTION PENDING BANKRUPTCY ACTION OF DEFENDANT HOLLYWOOD FILM COMPANY**

On November 16, 2012, this Court ordered all parties to show cause why this action should not be stayed pursuant to 11 U.S.C. § 362(a) due to the filing by Defendant Hollywood Film Company ("Hollywood") of a Chapter 11 Petition for relief in the United States Bankruptcy Court.  [Doc. # 19.]  In response, counsel for Defendant Hollywood acknowledged the existence of the automatic stay but requested that counsel's motion to withdraw as attorney for Defendant Hollywood herein be exempted from the stay.  [Doc. ## 16, 20.]  Counsel, however, fails to cite any authority for such an exemption.

Accordingly, IT IS ORDERED that, pursuant to 11 U.S.C. § 362(a), this action is stayed pending the bankruptcy action of Defendant Hollywood Film Company, without prejudice to renewal of the motion to withdraw, if counsel is able to cite authority that exempts the motion to withdraw from the automatic bankruptcy stay.  To reopen this action, Plaintiff shall file a motion therefor, upon the conclusion of the bankruptcy action or the lifting of the stay by the bankruptcy court.  The December 7, 2012 hearing on defense counsel's motion to withdraw is VACATED.

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk VV |
|---|---|---|